JOHN E. KRYNSKI, Plaintiff-Appellant, v. ROBERT S. MARTIN, Defendant-Appellee—(ROBERT S. MARTIN, Third-Party Plaintiff-Appellee, v. DAN KRYNSKI, Third-Party Defendant-Appellant.)

(No. 73-6; 

Third District—July 17, 1973.

Opinion by Mr. PRESIDING JUSTICE ALLOY.

Durward J. Long, of East Moline, for appellant.

Theodore A. Jackson, of East Moline, for appellee.